FILED
CLERK, U.S. DISTRICT COURT

OCT 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SHARON K. DE LA CRUZ,            ) Case No. CV-06-6315 AHM(JC)
                 Plaintiff,      ) ~~(PROPOSED)~~
           v.                    ) ORDER ADOPTING FINDINGS,
MICHAEL J. ASTRUE,               ) CONCLUSIONS AND
Commissioner of Social           ) RECOMMENDATIONS OF UNITED
Security,                        ) STATES MAGISTRATE JUDGE
                 Defendant.      )

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS HEREBY ORDERED that: (1) the decision of the Commissioner of Social Security is reversed in part; (2) the matter is remanded for further administrative action consistent with the Report and Recommendation of United States Magistrate Judge; and (3) Judgment be entered accordingly.

///
///
///

1  IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order,
2  the Magistrate Judge's Report and Recommendation, and the Judgment, on the
3  counsel for the parties.

5  DATED: 10/17/08

   _____
   HONORABLE A. HOWARD MATZ
   UNITED STATES DISTRICT JUDGE