FILED
CLERK, U.S. DISTRICT COURT
OCT 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SHARON K. DE LA CRUZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. CV 06-6315 AHM(JC)

~~(PROPOSED)~~

JUDGMENT

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed in part and the matter is remanded for further administrative action consistent with the Report and Recommendation of United States Magistrate Judge and the concurrently filed Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge.

DATED: 10/17/08

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE