```
                              FILED
                      CLERK, U.S. DISTRICT COURT

                            OCT 17 2008

                      CENTRAL DISTRICT OF CALIFORNIA
                      BY                     DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON K. DE LA CRUZ, | Case No. CV-06-6315 AHM(JC) |
| Plaintiff, | ~~(PROPOSED)~~ |
| v. | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS HEREBY ORDERED that: (1) the decision of the Commissioner of Social Security is reversed in part; (2) the matter is remanded for further administrative action consistent with the Report and Recommendation of United States Magistrate Judge; and (3) Judgment be entered accordingly.

///
///
///

1     IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order,
2 the Magistrate Judge's Report and Recommendation, and the Judgment, on the
3 counsel for the parties.

5 DATED: 10/17/08

                                      HONORABLE A. HOWARD MATZ
                                      UNITED STATES DISTRICT JUDGE