FILED
CLERK, U.S. DISTRICT COURT

OCT 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON K. DE LA CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>Defendant. | Case No. CV 06-6315 AHM(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed in part and the matter is remanded for further administrative action consistent with the Report and Recommendation of United States Magistrate Judge and the concurrently filed Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge.

DATED: 10/17/08

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE