1  TOM M. SIEGEL (Bar No. 75038)
   Attorney at Law
2  4311 Wilshire Blvd., Suite 612
   Los Angeles, CA. 90010
3  Telephone:    (323) 936-8291
   Fax:          (323) 933-0988
4  E-Mail: tomsiegelesq@sbcglobal.net

5  Attorney for Plaintiff
   SHARON DE LA CRUZ,

6

7                UNITED STATES DISTRICT COURT

8                CENTRAL DISTRICT OF CALIFORNIA

9                      WESTERN DIVISION

10

11 SHARON DE LA CRUZ,              )
                                   )   CIVIL NO. 06-06315 AHM (JC)
12        Plaintiff,               )
                                   )   [PROPOSED] ORDER AWARDING
13                                 )   EQUAL ACCESS TO JUSTICE ACT
          v.                       )   ATTORNEY FEES PURSUANT TO
14                                 )   28 U.S.C. § 2412 (d)
   MICHAEL J. ASTRUE,              )
15 Commissioner of Social Security,)
                                   )
16        Defendant.                )
   _____)

17
        Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice
18
   Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded
19
   attorney fees under the EAJA in the amount of $3,600.00 dollars, as authorized by 28 U.SC. §
20
   2412 (d), subject to the terms of the above-referenced Stipulation.
21

22
   Dated: DEC 15 2008
23                                              _____
24                                              HONORABLE A. HOWARD MATZ

25                                              UNITED STATES DISTRICT JUDGE

26

27

28                                          1

FILED
CLERK, U.S. DISTRICT COURT
DEC 15 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY